**PRISONER CASE**

UNITED STATES DISTRICT
NORTHERN DISTRICT OF ILLINOIS

Civil Cover Sheet

**08CV1453**
**JUDGE ANDERSEN**
**MAG. JUDGE NOLAN**

| | |
|---|---|
| **Plaintiff(s):** United States of America, ex rel KENDALE McCOY | **Defendant(s):** TERRY L. McCANN |
| **County of Residence:** WILL | **County of Residence:** |
| **Plaintiff's Address:**<br>Kendale McCoy<br>K-59039<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | **Defendant's Attorney:**<br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

FILED MAR 11 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [x] No

**Signature:** M. Burke   **Date:** 3/11/08