**FILED**

MAR 11 2008 MB
Mar 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# 08CV1453

Kendale McCoy
Reg. No. K-59039
Stateville Corr. Ctr.
P.O. Box 112
Joliet, Il. 60434

JUDGE ANDERSEN January 22, 2008

MAGISTRATE JUDGE NOLAN

Michael Dobbins
Clerk of the Court
219 S. Dearborn St.
Chicago, Il. 60604

RE: Stamped file Copy

Dear Mr. Dobbins,

How are you doing? Fine I hope. I'm writing you this brief missive concerning a filed stamped copy, because I am sending you my only copy of my Petition for Writ of Habeas Corpus. I thank you for your helping me in this matter.

Sincerely,

Kendale McCoy