MHN

**FILED**

APR 2 4 2008 aew
4-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KENDALE McCOY
REG. NO. K-59039
P.O. BOX 112
JOLIET, IL. 60434

CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

08 CV 1453

APRIL 8, 2008

DEAR CLERK OF THE COURT,

Hi, I WAS IN RECEIPT OF THE ORDER THAT WAS SENT TO ME BY THE COURT REGARDING MY PRO SE PETITION FOR A WRIT OF HABEAS CORPUS (CASE NUMBER 08 C 1453). I HAVE COMPLIED WITH THE ENLISTED INSTRUCTIONS OF THE ORDER, EXCEPT MY SUBMITTING THE REQUIRED NUMBERS OF COPIES OF MY PETITION.

DUE TO MY FILING OF THE ORIGINAL COPY THAT HAS ALREADY BEEN DOCKETED BY THE COURT, I AM UNABLE TO COMPLY WITH SENDING THE REQUIRED NUMBER OF COPIES OF MY PETITION, AND I ASK

THAT MAY I BE BILLED IN THE AMOUNT OF BY THE COURT FOR THE COPIES NEEDED, FUTHERMORE, IT WOULD BE GREATLY APPRECIATED IF I COULD RECEIVE A FILED STAMPED COPY OF MY PETITION.

THANK YOU,

*[signature]*

MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1453 | DATE | MARCH 31, 2008 |
| CASE TITLE | U.S. ex rel. Kendale McCoy v. McCann | | |

**DOCKET ENTRY TEXT**

Petitioner is given until, April 25, 2008, to either pay the $5 filing fee or file a petition for leave to file *in forma pauperis*. The clerk is directed to send petitioner an *in forma pauperis* application. Additionally, petitioner has failed to submit the required number of copies of his petition. By April 25 he must also submit two additional copies of his petition. Finally, petitioner has submitted an *ex parte* letter to the court. The letter is stricken.[3] Petitioner is warned that all submissions to this court must be in the form of a pleading and must be served on attorney for respondent. No direct *ex parte* communication with the court is permitted.

■[ For further details see text below.]    Docketing to mail notices.

### STATEMENT

Although the clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account.

Petitioner has submitted his petition with no copies. The local rules of this court require petitioner to also submit a judge's copy and a copy of the petition for service. Petitioner is given until April 25, 2008 to do so. Failure to comply with all the terms of this order will result in **dismissal**.