Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1453 | **DATE** | MAY 9, 2008 |
| **CASE TITLE** | U.S. ex rel. Kendale McCoy (K-59039) v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 and has paid the $5.00 filing fee. Respondent is ordered to answer or otherwise plead to the petition within thirty days of the date this order is entered on the clerk's docket. The clerk shall forward a copy of the petition, along with a copy of this order, to the Illinois Attorney General's Office, Chief of Criminal Appeals, 100 W. Randolph St., 12th Floor, Chicago, IL 60601.

■ [For further details see text below.]

Docketing to mail notices.

### STATEMENT

Petitioner Kendale McCoy, a state prisoner incarcerated at the Stateville Correctional Center, has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254. Petitioner asserts challenges to his 2001 conviction for first degree murder and armed robbery, and he appears to be arguing either that his post-conviction counsel was ineffective or that the trial court improperly summarily dismissed his post-conviction petition. Petitioner has paid the $5.00 filing fee.

Respondent is ordered to answer or otherwise plead to the petition within thirty days of the date this order is entered on the clerk's docket.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to petitioner.

isk