IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. KENDALE MCCOY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1453 |
| TERRY MCCANN, Warden, | ) ) | The Honorable Wayne R. Andersen, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

To:   Kendale McCoy, No. K59039
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, IL 60434

On Thursday, June 12, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Wayne R. Andersen in Room 1403, or any judge sitting in his stead in the courtroom usually occupied by him, at 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED.

                LISA MADIGAN
Attorney General of Illinois

By:    s/ Russell K. Benton
        RUSSELL K. BENTON, Att.Reg.No.:  6203142
        Assistant Attorney General
        100 West Randolph Street
        12th Floor
        Chicago, Illinois 60601-3218
        (312) 814-2113
        FAX: (312) 814-5166
        E-mail: Rbenton@atg.state.il.us