UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Kendale McCoy
                    Plaintiff,

v.
                                      Case No.: 1:08−cv−01453
                                      Honorable Wayne R. Andersen

Terry L McCann
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Petitioner McCoy's motion to withdraw [14] a writ of habeas corpus with leave to reinstate is granted. Civil case terminated.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.